**Below is an order of the Court.**

**U.S. Bankruptcy Judge**

OD36 (10/1/14) bls

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
 **Jens Peter Soballe**
Debtor(s)

Case No. **11−40345−tmb7**

Order Re: Dismissal or Other Final Disposition Effective Within 21 Days re 18 Motion For Contempt as to Portland State University and Supporting Document(s)

An interested party reported that the Motion For Contempt as to Portland State University is settled, and therefore,

**IT IS ORDERED** that the Motion For Contempt as to Portland State University will be terminated, without further Court order, unless a stipulated order or proposed order, whichever applies, is submitted to the Clerk of Court within **21** days of this order's "Filed" date. Any subsequent motion required to reopen the matter shall be accompanied by an affidavit setting forth substantial reasons why the motion should be reopened.

###